# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cordero Stubbs

                        Plaintiff,

v.                                                       Case No.: 1:21−cv−04715
                                                           Honorable Lindsay C. Jenkins

City Of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 2, 2024:

        MINUTE entry before the Honorable Lindsay C. Jenkins: For the reasons set forth in the Memorandum Opinion and Order, Defendants' motion for summary judgment [97] is granted. Final judgment shall enter in favor of Defendants and against Plaintiff. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.